UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-                                             Case No. 2:24-cr-180

**Joel Brown**

**COURTROOM MINUTES**

| Judge: | Chelsey M. Vascura | Date and Time: | 1/22/2025 12:30pm |
|---|---|---|---|
| Deputy Clerk: | Allie Moran | Counsel for Govt: | Damoun Delaviz |
| Record: | CourtSmart | Counsel for Deft(s). | Isabella Dixon |
| Interpreter: | | Pretrial/Probation | Tiara Turner |

Initial Appearance

-Dft appeared and was advised of rights, charges, and potential penalties
-Financial Affidavit submitted, CJA Panel Attorney Isabella Dixon appointed
-Detention Hearing set for Monday 1/27/2025 at 2pm before Judge Vascura
-Defendant remanded to custody of USMS